IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

MARGARITO FLORES,

        Defendant.

:
:
:    Case No.   3:14cr142(1)
:
:    JUDGE WALTER H. RICE
:

---

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) (DOC. #115)

---

Upon motion of the defendant for a reduction in sentence under 18 U.S.C.

§ 3582(c)(1)(A) (Doc. #115), IT IS ORDERED that the motion is DENIED WITHOUT

PREJUDICE because the defendant has not exhausted all administrative remedies as required in

18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by

the warden of the defendant's facility.

July 20, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE